# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

FRANK BRETT,

    Plaintiff,

vs.                               CASE NO. 6:07-CV-1919-ORL-19GJK

CITY OF ORLANDO POLICE
DEPARTMENT, JAMES STRAWN,
UNKNOWN PERSON, and JO ANN
FABRICS,

    Defendants.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 12, filed April 14, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 12) is **ADOPTED and AFFIRMED.** The Application to Proceed Without Prepayment of Fees and Affidavit (Doc. No. 6, filed December 13, 2007 ) is **DENIED,** and the Plaintiff's Amended Complaint is **DISMISSED** without prejudice.

**DONE AND ORDERED** at Orlando, Florida, this   14th   day of May, 2008.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record